IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NORMA BAKER, MARY KUNZ, § <br> MARK NOBLE, and DORBETT BAGOR, § <br> § <br> **Plaintiffs** § <br> § <br> V. § <br> § <br> CAPITAL METROPOLITAN § <br> TRANSPORTATION AUTHORITY, § <br> § <br> **Defendant** § | CIVIL ACTION NO. A08-CA-197-LY |

## STIPULATION FOR DISMISSAL

Plaintiffs, Norma Baker, Mary Kunz, Mark Noble and Dorbett Bagor, and Defendant, Capital Metropolitan Transportation Authority, hereby stipulate by and through their respective attorneys that all claims of the plaintiffs asserted in this cause against defendant may be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted,

PETER "JODY" BARTON
State Bar No. 24036196
JAMES C. HARRINGTON
State Bar No. 09048500
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas  78741-3438
Telephone:  (512) 474-5073
Facsimile:  (512) 472-0726

By: _____
PETER "JODY" BARTON

*Attorneys for Plaintiffs*

BICKERSTAFF HEATH
DELGADO ACOSTA LLP
816 Congress Avenue, Suite 1700
Austin, Texas 78701-2443
Telephone: (512) 472-8021
Facsimile: (512) 320-5638

By: _____
C. ROBERT HEATH
State Bar No. 09347500

*Attorneys for Defendant*