IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NORMA BARKER, MARY KUNZ, AND MARK NOBLE, <br>         PLAINTIFFS, <br><br> V. <br><br> CAPITAL METROPOLITAN TRANSPORTATION AUTHORITY, <br>         DEFENDANT. | § § § § § § § § § § § § |

CIVIL NO. A-08-CA-197-LY

## FINAL JUDGMENT

Before the Court is the above entitled cause of action. On September 3, 2008, the parties filed a Stipulation for Dismissal with prejudice (Doc. #25), which the Court has reviewed and approves. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all claims and causes of action are **DISMISSED WITH PREJUDICE**.

**IT IS FINALLY ORDERED** that the case hereby **CLOSED**.

SIGNED this _15th_ day of September, 2008.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE